S. Peter Serrano
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 9 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:25-CR-2104-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) Possession with Intent to Distribute 50 Grams of Methamphetamine (Counts 1, 4) |
| ADAM RYAN WEAVER, and SKYLER FOREST SMITH, | |
| Defendants. | 18 U.S.C. § 924(c)(1)(A) Possession of a Firearm in Furtherance of Drug Trafficking (Count 2) |
| | 18 U.S.C. §§ 922(g), 924(a)(8) Felon in Possession of a Firearm (Count 3) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) Possession with Intent to Distribute 40 Grams of Fentanyl (Count 5) |

INDICTMENT – 1

21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461(c) Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about January 31, 2024, in the Eastern District of Washington, the Defendant, ADAM RYAN WEAVER, knowingly possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 2

On or about January 31, 2024, in the Eastern District of Washington, the Defendant, ADAM RYAN WEAVER, did knowingly possess a firearm, that is: a Smith & Wesson .380 caliber pistol bearing serial number EAY2993, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute 50 Grams or more of Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), as charged in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3

On or about January 31, 2024, in the Eastern District of Washington, the Defendant, ADAM RYAN WEAVER, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson .380 caliber pistol bearing serial number EAY2993, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 2

## COUNT 4

On or about January 31, 2024, in the Eastern District of Washington, the Defendant, SKYLER FOREST SMITH, knowingly possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 5

On or about January 31, 2024, in the Eastern District of Washington, the Defendant, SKYLER FOREST SMITH, knowingly possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in Counts 1 and 4 of this Indictment, the Defendants, ADAM RYAN WEAVER and SKYLER FOREST SMITH, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

Defendant Adam Ryan Weaver (Count 1)

- Smith & Wesson .380 caliber pistol bearing serial number EAY2993.

INDICTMENT – 3

If any forfeitable property, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(A) as set forth in Count 2 and/or in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 3 of this Indictment, the Defendant, ADAM RYAN WEAVER, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Smith & Wesson .380 caliber pistol bearing serial number EAY2993.

DATED this 9th day of September 2025.

A TRUE BILL

S. Peter Serrano
United States Attorney

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 4